# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**EUGENE DAVID JERNIGAN**                                                      **PETITIONER**
**Reg. #24552-149**

**v.**            **CASE NO.: 2:07CV00105-BD**

**T.C. OUTLAW**                                                                 **RESPONDENT**
**Warden, Federal Correctional Complex,**
**Forrest City, Arkansas**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. §2241 petition for writ of habeas corpus without prejudice.

IT IS SO ORDERED this 29th day of November, 2007.

_____
United States Magistrate Judge